■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID INZAR, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Pirro, J.), rendered October 25, 1991.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Bracken, J. P., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.